UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**     CRIMINAL ACTION NO. 2:99-00100

**ROBERT LOUIS WILLIAMS**

## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On January 5, 2012, the United States of America appeared by John J. Frail, Assistant United States Attorney, and the defendant, Robert Louis Williams, appeared in person and by his counsel, Lex A. Coleman, Assistant Federal Public Defender, for a hearing on the petition on supervised release and amendment thereto submitted by United States Probation Officer Troy A. Lanham, the defendant having commenced a forty and one-half month term of supervised release in this action on September 1, 2011, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on June 28, 2010.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects: (1) that the defendant failed to report to the probation officer as instructed on October 17, 24 and 31, November 7, 14, 21 and 28, and December 5, 2011; (2) that the defendant failed to submit a monthly report for the months of October and November 2011; (3) that the defendant failed to notify the probation officer prior to any change in residence inasmuch as his failure to keep in contact with the probation officer as instructed rendered his whereabouts unknown; and (4) that the defendant used and possessed marijuana and cocaine as evidenced by a positive urine specimen submitted by him on December 27, 2011, and his admission to the probation officer that he possessed and used marijuana and cocaine multiple times throughout the month of December, 2011; all as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, on the basis of the original offense, the intervening conduct of the defendant and after considering the factors set forth in 18 U.S.C. § 3553(a), that the defendant is in need of correctional treatment which can most effectively be provided if he is confined, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWELVE MONTHS AND ONE DAY.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: January 17, 2012

John T. Copenhaver, Jr.
United States District Judge